IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: Udrian Hardy                                            CASE NO.: 15-32523

DEBTOR(S)                                                       CHAPTER 13

MOTION TO ALTER, AMEND OR VACATE ORDER OF CONFIRMATION

COMES NOW, the creditor, Motors Acceptance Corporation, in the above referenced matter and hereby files this it's motion to set aside or alter, amend or vacate the confirmation order entered December 5, 2015 and states as follows:

1)  The Creditor, Motors Acceptance Corporation, is a secured creditor.

2)  The Creditor has a properly perfected lien in the following security:

        One 2004 GMC Envoy VIN# 1GKES16S846138956.

3)  The creditor filed an objection to confirmation of the debtors plan.

4) The confirmation hearing was originally set for November 30, 2015; however, the debtors attorney agreed to continue the confirmation hearing.

5) The creditor's attorney scheduled it on his calendar for December 14, 2015 and not December 7, 2015 either through inadvertence or misunderstanding.

6)  The debtors plan provides to treat the creditors debt as unsecured; however, the debtor has been in possession of the vehicle and has refused to identify the location of the vehicle to your creditor.

Wherefore, your creditor moves the Honorable Court to modify the automatic stay to allow your creditor to execute upon its security interest in said property.

Respectfully submitted this the 8th day of December, 2015.

/s/William C. Elliott/s/
Elliott and Associates, P.A.
P.O. Box 627
Gulf Breeze, FL 32561
(334) 467-1634
law@b-elliott.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING PLEADING BY FIRST CLASS MAIL, POSTAGE PREPAID, OR BY OTHER ALLOWABLE ELECTRONIC MEANS UPON THE FOLLOWING:

Joshua C. Milam
Shinbaum & Campbell
566 South Perry Street
Montgomery, AL  36104


Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101